```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMBROCIO HERNANDEZ RAMIREZ, et al.         :
                                           :
                              Plaintiffs,  :   18-CV-10498 (JPO)
                                           :
              -against-                    :   **ORDER**
                                           :
MARKETPLACE 41, INC. (D/B/A BISTRO         :
MARKETPLACE), et al.,                      :
                                           :
                              Defendants.  :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held a pre-settlement conference telephone call on December 3, 2019. As discussed on the call, the Court will hold a follow-up Pre-Settlement Conference Telephone Call on **Wednesday, January 29, 2020 at 10:00 a.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

Dated: December 3, 2019
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge