UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
AMBROCIO HERNANDEZ RAMIREZ, et al.

                               Plaintiffs,        No. 18-CV-10498 (JPO)

               -against-                 **ORDER**

MARKETPLACE 41, INC. (D/B/A BISTRO
MARKETPLACE), et al.,

                              Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' joint request to adjourn the March 26, 2020 telephonic settlement conference. (ECF 81). The request is **GRANTED.**

The **March 26, 2020 telephonic settlement conference call is adjourned to April 28, 2020 at 3 pm**. On April 28, 2020 counsel shall call Chambers at 212-805-0260 when counsel for all parties are on the line. The clients/client representatives shall be available by phone on standby during that time. No parties are to be in the same room together, unless they normally live together, and no parties are to be in the same room as counsel. The parties' *ex parte* settlement submissions shall be due **April 19, 2020**.

The Centers for Disease Control and the World Health Organization have advised people to take precautions regarding the COVID-19 pandemic, and the Chief Judge of this Court has entered standing orders regarding the same. *See, e.g.*, 20-MC-155. In order to protect public health while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is further ordered that parties and counsel

shall conduct work remotely. This includes, but is not limited to, client meetings, work meetings, and hand deliveries of courtesy copies to the Court (courtesy copies can be sent via email or mail). If any party or counsel has any private, personal, familial or medical concerns that they need to share with the Court that would necessitate further orders, they may email Wang_NYSDChambers@nysd.uscourts.gov *ex parte* provided that they advise the other parties that they will be contacting the Court *ex parte.*

The Clerk of the Court is requested to close ECF 81.

**SO ORDERED.**

Dated: March 23, 2020
      New York, New York

          *s/ Ona T. Wang*
          **Ona T. Wang**
          United States Magistrate Judge