**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
AMBROCIO HERNANDEZ RAMIREZ, et al. :
:
                             Plaintiffs,    :      No. 18-CV-10498 (JPO)
:
          -against-    :      **ORDER**
:
MARKETPLACE 41, INC. (D/B/A BISTRO :
MARKETPLACE), et al., :
:
                            Defendants. :
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed parties' *ex parte* settlement submissions and finds that a settlement conference with the Court would be a waste of time and resources. Accordingly, the settlement conference on May 14, 2020 at 10:30 am is adjourned *sine die*.

**SO ORDERED.**

Dated: May 12, 2020
       New York, New York

                                                    _s/ Ona T. Wang_
                                                      **Ona T. Wang**
                                                    United States Magistrate Judge