# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

michael@faillacelaw.com

January 15, 2021

**VIA ECF**

*Magistrate Judge*
Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:        <u>Hernandez Ramirez et al v. Marketplace 41, Inc. et al</u>
    CASE #:    1:18-cv-10498-JPO

Your Honor,

    We submit the instant status letter jointly with Defendants. The parties were assigned a mediator on or about January 14, 2021. The parties expect the mediator to reach out and to set a schedule for mediation statements and a mediation in this case.

    We thank the Court for the time and attention to this matter.

                                              Respectfully submitted,

                                              By:     */s/ Clifford Tucker*
                                              Clifford Tucker, Esq.