UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMBROCIO HERNANDEZ RAMIREZ,
EDGAR EDUARDO OROMAN, ERNESTINO
(A/K/A MARIO) HERNANDEZ, EUSEBIO
CRUZ, IGNACIO A. FERRADA DIAZ, JOSE
GONZALEZ, JUAN MIRANDA HUERTA,
LUIS ANTONIO ORTIZ OCHOA, LUIS
JOFREE LEMA MAYANCELA, MANUEL DE
JESUS GAMEZ SANCHEZ, JOSE ALEJANDRO
ESPINDOLA PEREZ, and NELSON GODOY,
REGINO PERALTA, and VALENTIN
CALVARIO, individually and on behalf of others
similarly situated, Plaintiffs, - against -
MARKETPLACE 41, INC. (D/B/A BISTRO
MARKERPLACE), MARKETPLACE 125, INC.
(D/B/A BISTRO MARKERPLACE), BISTRO
MARKETPLACE 17, INC. (D/B/A SHELLY'S
KITCHEN), FRESH KITCHEN, INC, (D/B/A
FRESH KITCHEN), SHELLEY'S KITCHEN,
INC. (D/B/A SHELLEY'S KITCHEN), PETER
PARK, TONY CHOI, SCOTT SHIN, SANTOS
BRAVO, DAVID DOE, and SHARON FOSTER
Defendants.
-------------------------------------------------------------X

Case 18-cv-10498 (JPO) (OTW)

**JUDGMENT**

On June 14, 2021, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiffs AMBROCIO HERNANDEZ RAMIREZ, EDGAR EDUARDO OROMAN, ERNESTINO (A/K/A MARIO) HERNANDEZ, EUSEBIO CRUZ, IGNACIO A. FERRADA DIAZ, JOSE GONZALEZ, JUAN MIRANDA HUERTA, LUIS ANTONIO ORTIZ OCHOA, LUIS JOFREE LEMA MAYANCELA, MANUEL DE JESUS GAMEZ SANCHEZ, JOSE ALEJANDRO ESPINDOLA PEREZ, and NELSON GODOY, REGINO PERALTA, and VALENTIN CALVARIO, have judgment against Defendants Marketplace 41, Inc., Marketplace 125, Inc., (d/b/a Bistro Marketplace), Scott Shin and Santos Bravo (collectively "Defendants"), jointly and severally, in the amount of $120,000.00, (One

Hundred Twenty Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

.

Dated: __June 17_____, 20 21    SO ORDERED,

_____
J. PAUL OETKEN
United States District Judge