UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X

AMBROCIO HERNANDEZ RAMIREZ,
EDGAR EDUARDO OROMAN,
ERNESTINO (A.K.A. MARIO) HERNANDEZ,
IGNACIO A. FERRADA DIAZ, JOSE
GONZALEZ, JUAN MIRANDA HUERTA,
LUIS ANTONIO ORTIZ OCHOA, LUIS
JOFREE LEMA MAYANCELA, MANUEL
DE JESUS GAMEZ SANCHEZ, JOSE
ALEJANDRO ESPINDOLA PEREZ, JAIME
LORENZO GARCIA and NELSON GODOY,
REGINO PERALTA, and VALENTIN
CALVARIO, individually and on behalf of others
similarly situated,

                Plaintiffs,

-against-

MARKETPLACE 41, INC. (D/B/A BISTRO
MARKETPLACE), MARKETPLACE 125 INC.
(D/B/A BISTRO MARKETPLACE), BISTRO
MARKETPLACE 17 INC. (D/B/A
SHELLEY'S KITCHEN), FRESH KITCHEN
INC. (D/B/A FRESH KITCHEN),
SHELLEY'S KITCHEN, INC. (D/B/A
SHELLEY'S KITCHEN), PETER PARK,
TONY CHOI, SCOTT SHIN, SANTOS
BRAVO, DAVID DOE, and SHARON
FOSTER,

                Defendants.
-------------------------------------------X

No. 18-cv-10498

**SATISFACTION OF JUDGMENT**

      **WHEREAS**, a judgment was entered in the above action on the 17th of June 2021, in favor of Plaintiffs AMBROCIO HERNANDEZ RAMIREZ, EDGAR EDUARDO OROMAN, ERNESTINO (A/K/A MARIO) HERNANDEZ, EUSEBIO CRUZ, IGNACIO A. FERRADA DIAZ, JOSE GONZALEZ, JUAN MIRANDA HUERTA, LUIS ANTONIO ORTIZ OCHOA, LUIS JOFREE LEMA MAYANCELA, MANUEL DE JESUS GAMEZ SANCHEZ, JOSE ALEJANDRO ESPINDOLA PEREZ, and NELSON GODOY, REGINO PERALTA, and VALENTIN CALVARIO (together, "Plaintiffs") against Defendants Marketplace 41, Inc., Marketplace 125, Inc., (d/b/a Bistro Marketplace), Scott Shin and Santos Bravo, jointly and severally (collectively, "Defendants"), in the

amount of $120,000, and said judgment with interests and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

**NOW THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
September 21, 2021

Michael Faillace & Associates, P.C.

By: _____
Michael Faillace, Esq.
60 East 42nd Street, Suite 4510
New York, New York 10165
Telephone: (212) 317-1200
Facsimile: (212) 317-1620
*Attorneys for Plaintiffs*

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF New York )

Sworn to before me this

21st day of September 2021

_____
Notary Public

MICHELLE MENA
Notary Public - State of New York
No. 01ME6420748
Qualified in Bronx County
My Comm. Expires Aug. 16, 2025