UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────

AMBROCIO HERNANDEZ RAMIREZ, et al., *individually and on behalf of others similarly situated*,

        Plaintiffs,

-v-

MARKETPLACE 41, INC., et al.,

        Defendants.

18-CV-10498 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On July 8, 2022, Plaintiffs submitted a status letter to the Court, explaining that they have been unable to serve the remaining Defendants not covered by the Rule 68 Judgment (Dkt. No. 125) ("remaining Defendants"), and that they request that this matter be closed. The Court understands this as a request for a voluntary dismissal under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    Accordingly, this case is DISMISSED without prejudice as to the remaining Defendants. The Clerk is directed to close the case.

    SO ORDERED.

Dated: July 11, 2022
       New York, New York

                                  J. PAUL OETKEN
                                United States District Judge